In the Matter of the Claim of EDWARD SLOCUM, Respondent, against MANHATTAN STORAGE & WAREHOUSE Co., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and self-insurer from a decision and award made by a referee and from the affirmance thereof by the State Industrial Board. Claimant was injured on March 31, 1936, while employed as a mover and helper in the employer's warehousing business. The sole question involved in this appeal is the rate of weekly compensation awarded. The wage rate was properly computed in accordance with the statute. (*Matter of Quicksall* v. *Hubbard & Floyd, Inc.,* 260 App. Div. 821.) The Board being the sole judges of the facts, this court may not disturb the finding. The award should be affirmed, with costs to the State Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of VIRGINIA HUSSEY, Respondent, against ARTHUR MURRAY and THE CENTURY INDEMNITY COMPANY, Appellants STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award to claimant for disability due to an occupational disease. Claimant was employed as a dancing instructress. She developed a callous formation by the continuous friction of her shoe against the heel of the left foot. An ulcer formed beneath the callous, and a staphylococcus albus infection followed, causing disability. There is substantial evidence to sustain a finding that such disability resulted from the nature of claimant's employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

EARL WOODWARD, Appellant, v. HENRY C. PHIPPS and RICHARD MALLON, Respondents. (Action No. 1.) KATHERINE WOODWARD, Appellant, v. HENRY C. PHIPPS and RICHARD MALLON, Respondents. (Action No. 2.) KATE COTHERMAN, Plaintiff, v. HENRY C. PHIPPS and RICHARD MALLON, Defendants. (Action No. 3.) Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of LOUIS CALDER, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act, against MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Schenck, J., dissents.